1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WEN-CHIEH SU and RUBY RUEY SU,<br><br>        Plaintiffs,<br><br>     vs.<br><br>NEW CENTURY INSURANCE SERVICES INC.; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; THE TRAVELERS COMPANIES, INC., a corporation; and DOES 1 through 100, inclusive<br><br>        Defendants. | Case No. 12-cv-03894 DDP (SSx)<br>Hon. Dean D. Pregerson<br><br>**JUDGMENT**<br><br>**{JS-6}** |

Defendant The Travelers Companies, Inc.'s Motion for Summary Judgment against Plaintiffs Jack Wen-Chieh Su and Ruby Ruey Su ("Plaintiffs") came on regularly for hearing on October 7, 2013 in Courtroom 3 of the above-entitled Court, the Honorable Dean D. Pregerson presiding.

After consideration of the evidence, points and authorities, and separate statements filed by the parties in support of and in opposition to the Motion, the

[PROPOSED] JUDGMENT

1    Court finds that there is no genuine issue of material fact as to any cause of action

2    alleged by Plaintiffs against The Travelers Companies, Inc. and that The Travelers

3    Companies, Inc. is entitled to judgment as a matter of law.

4

5            **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT**

6    Plaintiffs take nothing, that the action be dismissed on the merits, and that The

7    Travelers Companies, Inc. are awarded costs.

8

9

10

11   Dated:  October 30, 2013

12                                        Hon. Dean D. Pregerson
                                          United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT